Order Form (01/2005)

**22-CR-520**

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | Jantz |
|---|---|---|---|
| **CASE NUMBER** | 14 GJ 393 | **DATE** | OCTOBER 12, 2022 |
| **CASE TITLE** | U.S. v. PAUL LA SCHIAZZA | | |

**DOCKET ENTRY TEXT** — **UNDER SEAL**

### Grand Jury Proceeding

The Grand Jury for _SPECIAL APRIL 2021_ the Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge _Betty W. Jantz_

---

THE DEFENDANT WILL SELF-SURRENDER.

THE DISTRICT COURT CLERK'S OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT U.S. ATTORNEY ASSIGNED TO THIS CASE FOR THE GOVERNMENT THE NAME OF THE JUDGE, MAGISTRATE JUDGE, AND DOCKET NUMBER ASSIGNED TO THIS CASE.

ABSENT FURTHER ORDER OF THE COURT, THIS INDICTMENT WILL BECOME UNSEALED ON FRIDAY, OCTOBER 14, 2022 AT 7:50 A.M. CENTRAL TIME.

SIGNATURE OF JUDGE _Betty W. Jantz_ (IF FILED
or MAGISTRATE JUDGE                                UNDER SEAL)

Courtroom Deputy Initials: 


FILED
10/12/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JUDGE GETTLEMAN
MAGISTRATE JUDGE COX

Page 1 of 1