**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | Case No. 22-CR-520 |
| v. | |
| PAUL LA SCHIAZZA | Hon. Robert W. Gettleman |
| | United States District Court Judge |

**DEFENDANT PAUL LA SCHIAZZA'S**
**MOTION TO DISMISS COUNTS ONE AND TWO OF THE INDICTMENT**

Pursuant to Federal Rule of Criminal Procedure 12, Defendant Paul La Schiazza respectfully moves this Court for an order dismissing Counts One and Two of the Indictment. In support of his motion, Mr. La Schiazza incorporates his contemporaneously filed Memorandum of Law.

WHEREFORE, Mr. La Schiazza respectfully requests that the Court grant his motion and enter an order dismissing Counts One and Two of the Indictment.

Dated:  July 23, 2024

Respectfully submitted,

Defendant Paul La Schiazza

By: /s/ *Tinos Diamantatos*
Tinos Diamantatos
Megan R. Braden
Alborz Hassani
Morgan, Lewis & Bockius LLP
110 North Wacker Drive
Chicago, IL 60606-1511
T: (312) 324-1000
F: (312) 324-1001
tinos.diamantatos@morganlewis.com
megan.braden@morganlewis.com
al.hassani@morganlewis.com

John C. Dodds (admitted pro hac vice)
Morgan, Lewis & Bockius LLP
2222 Market Street
Philadelphia, PA 19103-3007
T: (215) 963-5000
F: (215) 963-5001
john.dodds@morganlewis.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed on July 23, 2024, using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Tinos Diamantatos*